UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

COMCAST OF MASSACHUSETTS, INC. )
      Plaintiff, )
V )
    )
    )
PAM MARENGHI, )
      Defendant. )
    )
    ) CA 04- 10551-JLT

ORDER

MARCH 23, 2004

TAURO, J.,

    I hereby recuse myself from this case in order to avoid a potential conflict of interest.

    See 28 U.S.C. Sec. 455(b)(4).

                                              United States District Judge