# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

RE:    Civil / Criminal  No.   04cv10551 JLT

Title: **Comcast of Massachusetts, Inc. v Pam Marenghi**

# N O T I C E

Please take notice that the above-entitled case previously assigned to

Judge   **Tauro**   has been transferred to  Judge **Gertner**  for all further proceedings.

From this date forward the case number on all pleadings should be followed by the initials

**NG.**

Thank you for your cooperation in this matter.

TONY ANASTAS
CLERK OF COURT

By:    /S/ Kimberly M. Abaid
Deputy Clerk

Date:   March 26/2004

_____  Please NOTE that the above case has been transferred to the Western Division in
Springfield.  All future filings should be made at the Clerk's Office, Federal Building
& Courthouse, 1550 Main Street, Springfield, MA 01103.

_____  Please NOTE that the above case has been transferred to the Central Division in
Worcester.  All future filings should be made at the Clerk's Office, U.S. District
Court, Room 502, 595 Main Street, Worcester, MA 01608-2076.

Copies to:      Counsel

(In-House re-assign-recusal.wpd - 12/98)                                    [ntccsasgn.]