AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
District of Massachusetts

Comcast of Massachusetts I, Inc.

v.

Pam Marenghi

SUMMONS IN A CIVIL CASE

CASE NUMBER: 04 10551 JLT

TO: (Name and address of Defendant)

Pam Marenghi
18 Cross Street
Dennnisport, MA 02639-1568

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

John M. McLaughlin
McLaughlin Sacks, LLC
31 Trumbull Road
Northampton, MA 01060

an answer to the complaint which is herewith served upon you, within _twenty (20)_ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS

CLERK

MAR 1 8 2004

DATE

(By) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE



**Barnstable County Sheriff's Office**

I Hereby certify and return, that on **March 26, 2004 at 12:22pm** I served a true and attested copy of the Within, Summons, Complaint, Civil Cover Sheet, Case Cover Sheet & Corporation Disclosure Statement, In-hand to **Pam Marenghi** at 18 Cross Street Dennis Port, MA. 02639.
Fee: $46.40

Ron Chevalier, Deputy Sheriff
PO Box 1244, Centerville, MA 02632

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|--------|----------|-------|
|        |          |       |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
              Date                      Signature of Server

                                        _____
                                        Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.