UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| COMCAST OF MASSACHUSETTS I, INC. )    CASE NO. 04 10551 JLT | |
|    Plaintiff ) | |
| ) | |
| VS. ) | |
| ) | |
| PAM MARENGHI, ) | |
|    Defendant ) | |
| _____ ) | |

### NOTICE OF APPEARANCE

To the Clerk of the Above-Named Court:

    Kindly enter my appearance as counsel for the Defendant, Pam Marenghi, in the above-captioned matter.

                                Respectfully submitted

                                Defendant, Pam Marenghi,
                                By her attorney,
                                Respectfully submitted,

                                _____
                                Joseph F. Strumski, Jr.
                                BBO #550345
                                Gargiulo / Rudnick, LLP
                                766 Falmouth Road, Unit A-6
                                Mashpee, MA 02649
                                Telephone: (508) 477-6400

Dated: April 16, 2004