UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| COMCAST OF MASSACHUSETTS I, INC. )<br>    Plaintiff                                  )<br>                                           )<br>VS.                                            )<br>                                         )<br>PAM MARENGHI,               )<br>    Defendant                              )<br>_____) | CASE NO. 04 10551 JLT |

**ASSENTED TO MOTION TO EXTEND**
**TIME TO ANSWER THE PLAINTIFF'S COMPLAINT**

NOW COMES the Defendant, Pam Marenghi, and respectfully moves this Court to enlarge the time for filing an answer to the Plaintiff's complaint to Tuesday, June 1, 2004.

As grounds thereof, counsel for the Defendant states that he was recently retained to represent the Defendant and requires additional time in order to properly prepare an Answer.

WHEREFORE, the Defendant, Pam Marenghi, and respectfully moves this Court to enlarge the time for filing an answer to the Plaintiff's complaint to Tuesday, June 1, 2004.

                                        Defendant, Pam Marenghi,
                                        By her attorney,
                                        Respectfully submitted,

                                        _____
                                        Joseph F. Strumski, Jr.
                                        BBO #550345
                                        Gargiulo / Rudnick, LLP
                                        766 Falmouth Road, Unit A-6
                                        Mashpee, MA 02649
                                        Telephone: (508) 477-6400

Assented to:
Plaintiff, Comcast of Massachusetts I, Inc.,
By It's Local Counsel,

_____
John M. McLaughlin, Esq.
BBO # 556328
McLaughlin Sacks
31 Trumbull Road
Northampton, MA 01060
Telephone: (413) 586-0865

Dated: April 16th, 2004

## CERTIFICATE OF SERVICE

    I, Joseph F. Strumski, Jr., hereby certify that I have served by first class mail a copy of Assented to Motion to Extend Time to Answer the Plaintiff's Complaint and Notice of Appearance, on:

John M. McLaughlin, Esq.
McLaughlin Sacks
31 Trumbull Road
Northampton, MA 01060

Dated: April 16, 2004

_____
Joseph F. Strumski, Jr.