UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
CLERKS OFFICE

2004 JUN -2 P 12: 40

U.S. DISTRICT COURT
DISTRICT OF MASS

| | |
|---|---|
| COMCAST OF MASSACHUSETTS I, INC.<br>    Plaintiff<br><br>VS.<br><br>PAM MARENGHI,<br>    Defendant | CASE NO: 04 10551 JLT |

## ASSENTED TO MOTION TO EXTEND
## TIME TO ANSWER THE PLAINTIFF'S COMPLAINT

NOW COMES the Defendant, Pam Marenghi, and respectfully moves this Court to enlarge the time for filing an answer to the Plaintiff's complaint to Tuesday, July 5, 2004.

As grounds thereof, counsel for parties are in the midst of settlement negotiations and expect to settle this case shortly.

WHEREFORE, the Defendant, Pam Marenghi, and respectfully moves this Court to enlarge the time for filing an answer to the Plaintiff's complaint to Tuesday, July 5, 2004.

Defendant, Pam Marenghi,
By her attorney,
Respectfully submitted,

Joseph P. Strumski, Jr.
BBO #550345
Gargiulo / Rudnick, LLP
766 Falmouth Road, Unit A-6
Mashpee, MA 02649
Telephone: (508) 477-6400

Assented to:
Plaintiff, Comcast of Massachusetts I, Inc.,
By It's Local Counsel,

_____
John M. McLaughlin, Esq.
BBO # 556328
McLaughlin Sacks
31 Trumbull Road
Northampton, MA 01060
Telephone: (413) 586-0865

Dated: June 1, 2004

## CERTIFICATE OF SERVICE

    I, Joseph F. Strumski, Jr., hereby certify that I have served by first class mail a copy of Assented to Motion to Extend Time to Answer the Plaintiff's Complaint on:

John M. McLaughlin, Esq.
McLaughlin Sacks
31 Trumbull Road
Northampton, MA 01060

_____
Joseph F. Strumski, Jr.

Dated: June 1, 2004

## TAYLOR DUANE BARTON & GILMAN, LLP

Attorneys at Law

111 Devonshire Street
Boston, Massachusetts 02109

617/654-8200
Fax 617/482-5350
www.tdbgllp.com

ALLAN E. TAYLOR*
JAMES J. DUANE III*
JOHN J. BARTON*•
PAMELA SLATER GILMAN*
EDWARD D. SHOULKIN*
JENNIFER ELLIS BURKE*
FRANCIS A. CONNOR III**
ROBERT C. SHINDELL**
CRAIG R. WAKSLER**
STEPHEN ADAMS***◊
SHERI L. PIZZI**
ANDRIA COLETTA**
TAMARA J. SMITH*
ROBERT M. ELMER***^
JENNIFER LYNCH BUCKLEY**
CAROLE L. McLAUGHLIN**
ERIC M. CHODKOWSKI*
LAWRENCE T. GINGROW III**
TIMOTHY E. BRAY*◊
EDWARD COBURN**
ANDREW C. COULAM**
ANDREW R. WEINER*
C. MURRAY HARRIS*
KRISTIE L. McCANN▫

* admitted in Massachusetts
• admitted in Rhode Island
° admitted in Connecticut
^ admitted in New York
◊ admitted in Maine
▫ admitted in Texas

10 Dorrance Street, Suite 700
Providence, Rhode Island 02903

401/273-7171
Fax 401/273-0044

**FILED**
2004 JUN -2 A 11:25
U.S. DISTRICT COURT
DISTRICT OF MASS

Writer's E-mail Address
echodkowski@tdbgllp.com

June 1, 2004

Ms. Zita Lovett, Deputy Clerk
United States District Court
   for the District of Massachusetts
U.S. Courthouse
1 Courthouse Way
Boston, MA  02110

Re:   American Tower Corporation v. Fred A. Nudd Corporation and
        Granite State Insurance Company
        U.S. District Court; District of Massachusetts; Civil Action No. 03-12469 JLT

Dear Ms. Lovett:

In accordance with the Discovery Order issued on May 25, 2004, we are writing to notify the Court that Granite State filed its Motion to Sever and Stay All Proceedings Against It Pending the Resolution of the Underlying Claims Against the Co-Defendant, Fred A. Nudd Corporation, on May 26, 2004, and, therefore, the motion will be pending before the Court at the June 22, 2004 hearing. If the Court is inclined to hear the motion that day, we will be prepared to argue it.

If the Court requires any further information, please do not hesitate to contact me.

Very truly yours,

Eric M. Chodkowski

EMS/jms
cc:   All Parties of Record.