UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS (Eastern Division)

| | |
|---|---|
| **Comcast of Massachusetts I, Inc.** ) | Case No.: 04cv10551 NG |
| ) | |
| **Plaintiff,** ) | |
| ) | **SUBSTITUTE APPEARANCE** |
| vs. ) | |
| ) | |
| **Pam Marenghi** ) | |
| ) | |

To the Court and all parties of record:

The undersigned, Attorney John M. McLaughlin, counsel for the Plaintiff, has recently been made a Partner in the firm of Green, Miles, Lipton & Fitz-Gibbon. Accordingly, please enter my appearance as counsel for the Plaintiff with my new contact information in this action. This appearance is in lieu of and in substitution of my contact information now on the docket.

Respectfully Submitted for Comcast
By Its Attorney,

_9/10/04_  
Date

John M. McLaughlin
**Green, Miles, Lipton & Fitz-Gibbon**
P.O. Box 210
77 Pleasant Street
Northampton, MA 01061-0210
Phone 413-586-8218
Direct line 413-586-0865
Fax 413-584-6278

Page 1

## CERTIFICATE OF SERVICE

I, John M. McLaughlin, attorney for the Plaintiff, hereby certify that on the ___ day of _____, 2004, a copy of the foregoing was sent via first class mail to:

Attorney Joseph F. Strumski, Jr.
Gargiulo/Rudnick, LLP
766 Falmouth Road
Unit A6
Mashpee, MA 02629

_____
John M. McLaughlin, Esq.

Page 2