**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | | |
|---|---|---|
| **Comcast of Massachusetts I, Inc.** | ) | Case No.: 04-10551-NG |
| | ) | |
| Plaintiff, | ) | **STIPULATION OF DISMISSAL** |
| | ) | **WITH PREJUDICE** |
| vs. | ) | |
| | ) | |
| **Pam Marenghi** | ) | |
| | ) | |
| Defendant | ) | |
| | ) | |
| | ) | |

The parties to the above-entitled action have agreed to settle this matter, pursuant to the provisions of Fed. R. Civ. P. 41(1)(a)(i), hereby stipulate that said action be dismissed with prejudice and without cost to either party.

                                                Respectfully Submitted for the Plaintiff,
                                                Comcast of Massachusetts I, Inc.
                                                By Its Attorney,

| | |
|---|---|
|   11/08/2004 | /s/ John M. McLaughlin |
| Date | John M. McLaughlin, Its Member |
| | **Green, Miles, Lipton & Fitz-Gibbon** |
| | 77 Pleasant Street |
| | P.O. Box 210 |
| | Northampton, MA 01061 |
| | Telephone: (413) 586-0865 |
| | BBO No. 556328 |

1

                                                Respectfully Submitted for the Defendant,
                                                Pam Marenghi
                                                By her Attorney,

Date _____                        _____
                                                Joseph F. Strumski, Jr.
                                                Gargiulo/Rudnick. LLP
                                                766 Falmouth Road, Suite A-6
                                                Mashpee, MA 02649

## CERTIFICATE OF SERVICE

I, John M. McLaughlin, attorney for the Plaintiff, hereby certify that on this  8th   day of   November    , 2004, a copy of the foregoing Stipulation, was sent via first class mail, postage prepaid, to the following:

Joseph F. Strumski, Jr.
Gargiulo/Rudnick, LLP
766 Falmouth Road, Suite A-6
Mashpee, MA 02649

                          /s/ John M. McLaughlin
                          John M. McLaughlin